UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

LAMAR CONSTRUCTION COMPANY,

Debtor.
_____/

Case No.: 14-04719-jwb
Chapter 7; filed 07/11/14
Hon. James W. Boyd
US Bankruptcy Judge

**MOTION FOR ENTRY OF ORDER
GRANTING EXTENSION OF TIME FOR FILING
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Debtor, Lamar Construction Company (the "Debtor"), by its attorneys, Miller Johnson, states as follows:

1. Debtor filed its petition for relief under Chapter 7 of the Bankruptcy Code on July 11, 2014.

2. The initial deadline for filing the Schedules and Statement of Financial Affairs is July 25, 2014.

3. Since determining that a filing would be necessary, the Debtor has been working diligently to compile the information necessary to complete each of their Schedules and Statement of Financial Affairs. However, because the Debtor's filing was precipitated by a failed business venture, the wind-down of which has required the Debtor's continued attention, the Debtor will need additional time, through August 11, 2014, to complete its Schedules and Statements of Financial Affairs.

4. Debtor understands the need to have the Schedules and Statement of Financial Affairs filed prior to the Debtor's First Meeting of Creditors, which is scheduled for August 18, 2014. Debtor believes that filing the Schedules and Statement of Financial Affairs by August 11, 2014 should give interested parties sufficient time for review prior to the meeting of creditors.

2

5. The filing of this Motion will cause notice of this request to be given to the Office of the United States Trustee and Marcia Meoli, the duly appointed Chapter 7 Trustee in this case, who concurs with the relief requested.

WHEREFORE, Debtor prays for an extension of time from July 25, 2014 to and including August 11, 2014 in which to file their Schedules and Statement of Financial Affairs.

> MILLER JOHNSON,
> Attorneys for Debtor

Dated: July 23, 2014

> By /s/ Robert D. Wolford
> Robert D. Wolford (P62595)
> Business Address:
> 250 Monroe Avenue, N.W., Suite 800
> PO Box 306
> Grand Rapids, Michigan  49501-0306
> Telephone:  (616) 831-1700

2

MJ_DMS 26412322v1 2369-3