UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)

In Re:

    Lamar Construction Company

        Debtor(s)                            Chapter 7
                                                   Case No. 14-04719
                                                   Hon. James W. Boyd

_____/

**FLATIRON CAPITAL, A DIVISION OF WELLS FARGO BANK, N.A.'S
WITHDRAWAL OF NOTICE AND OPPORTUNITY TO OBJECT**

      **NOW COMES** Flatiron Capital, a division of Wells Fargo Bank, N.A. ("Creditor"), by and through its attorneys, McKelvie DeLuca, P.C., and states that it hereby withdraws its Notice and Opportunity to Object filed on July 21, 2014.

                                              Respectfully submitted,

                                              McKELVIE DeLUCA, P.C.

                                    By:     /s/ Charles L. McKelvie
                                                   Charles L. McKelvie (P27782)
                                                   Rita A. McKelvie (P46023)
                                                   Attorneys for Creditor
                                                   280 West Maple Road, Suite 300
                                                   Birmingham, Michigan  48009
                                                   (248) 952-5100
                                                   bkattys@mckelviedeluca.com

Date:   July 21, 2014