# EXHIBIT "C"

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

LAMAR CONSTRUCTION CO.  　　　　　　　　No. 14-04719-jwb
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　　Hon. James W. Boyd
　　　Debtor.

_____/

## ORDER GRANTING FIFTH THIRD BANK RELIEF FROM AUTOMATIC STAY

This matter having come before the Court on the Motion of Fifth Third Bank for Relief from the Automatic Stay as to Certain Leased Equipment (the "**Motion**"), the Court finding that notice and opportunity for a hearing has been given in accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules of this Court, no objections to the Motion having been filed by any party in interest and the Court being advised in the premises:

IT IS ORDERED that the Motion is granted in its entirety and that the automatic stay provision of 11 U.S.C. § 362(a) of the Bankruptcy Code is hereby terminated as to all of the Leased Equipment (as defined in the Motion) and that Fifth Third Bank may take possession of the Leased Equipment, wherever located, and immediately exercise all applicable rights available to it with respect to the Leased Equipment, as provided under the Fifth Third Equipment Lease or otherwise under applicable state law.

END OF ORDER

Prepared by:
Daniel F. Gosch
Dickinson Wright PLLC
200 Ottawa Avenue, NW
Suite 1000
Grand Rapids, MI  49503
(616) 458-1300