# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
(GRAND RAPIDS)

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LAMAR CONSTRUCTION COMPANY, | ) | Case No. 14-04719 |
| | ) | |
| Debtor. | ) | Hon. James W. Boyd |
| | ) | |

## ORDER GRANTING MOTION OF AMERISURE INSURANCE COMPANY AND AMERISURE MUTUAL INSURANCE COMPANY FOR RELIEF FROM THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the Motion of Amerisure Insurance Company and Amerisure Mutual Insurance Company (collectively, "Amerisure") for Relief from the Automatic Stay (the "Motion"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that venue of this matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and that this matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); due, adequate, and sufficient notice of the Motion having been given; all objections to the Motion having been denied or withdrawn; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The automatic stay is terminated to permit Amerisure to cancel the Policies (as that term is defined in the Motion), *nunc pro tunc* to July 11, 2014, and to exercise its other rights and remedies under the Policies and applicable law.

3. The 14-day stay provided for by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply, and this Order and the relief granted herein shall be effective immediately upon the entry of this Order.

END OF ORDER

Timothy W. Brink
(IL ARDC No. 06215802)
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
TF: (312) 987-9900
FX: (312) 987-9854
Email: trbink@mpslaw.com