UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

LAMAR CONSTRUCTION COMPANY,

    Debtor.

Case No: 14-04719
Chapter 7 – Filed 7/11/14
Honorable James W. Boyd

_____/

### AFFIDAVIT - NO OBJECTION

STATE OF MICHIGAN    )
                                 ) SS:
COUNTY OF KENT      )

The undersigned certifies to the Court under the penalties of perjury that the Motion for Relief From Stay along with the Notice and Opportunity to Object to Motion for Relief From Stay were served on July 16, 2014; that the Notice required that copies of any written objections be served on the undersigned within 14 days of the date of service; and that no written objections were received within 14 days of the date of service of the Notice.

The undersigned therefore requests that the Court sign the proposed Order Granting Erector LLC Relief From Stay which is accompanying this Affidavit.

Respectfully submitted,

WARDROP & WARDROP, P.C.,
Attorneys for Erector LLC

Dated: August 7, 2014    By: _____
                                        Robert F. Wardrop II (P31639)
                                  Business Address:
                                      300 Ottawa Avenue, NW, Ste. 150
                                      Grand Rapids, MI  49503
                                      (616) 459-1225

310801073014.affidavit no objection - Erector