UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:                                                                                        Case No. BG 14-04719
                                                                                              Chapter 7
LAMAR CONSTRUCTION COMPANY,

      Debtor.
_____/

## ORDER ESTABLISHING SPECIAL SERVICE MATRIX

             PRESENT:   HONORABLE JAMES W. BOYD
                            United States Bankruptcy Judge

On July 31, 2014, Marcia R. Meoli, the Chapter 7 Trustee in the above-captioned case, filed an Ex Parte Motion for Establishment of Special Matrix. (Dkt. No. 52.) A telephonic hearing on the Trustee's motion was held before this court on August 6, 2014. The Trustee, Harold E. Nelson, Esq., attorney for the Trustee, Eric D. Carlson, Esq., attorney for HighPoint Electric, Inc., and Dean E. Rietberg, Esq., attorney for the United States Trustee, appeared at the telephonic hearing. At the conclusion of the hearing, the court granted the Trustee's motion with additional conditions as stated on the record.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Trustee's Motion for Establishment of Special Matrix is GRANTED as modified by this order.

2. A Special Service Matrix (the "Special Matrix") is hereby established, and shall consist of the following entities:

    (a)    The Debtor and its counsel;

    (b)    The Chapter 7 Trustee and her counsel;

    (c)    The Office of the United States Trustee;

(d)   All taxing authorities;

(e)   All secured creditors of the Debtor;

(f)   Any party against whom direct relief is sought by motion, application or otherwise;

(g)   All parties who have filed an electronic notice of appearance so as to receive electronic notifications pursuant to the court's CM/ECF system;

(h)   Any party in interest who is represented by counsel eligible to receive electronic notifications from this court, and who hereafter files with the court, and serves upon counsel for the Trustee, an electronic notice of appearance or a request to be placed on the Special Matrix;

(i)   Any party in interest who hereafter files with the court, and serves upon counsel for the Trustee, a request to be placed on the Special Matrix and to receive all notices in this case at their mailing address.

3.   Effective as of the date of this order, service upon the entities set forth on the Special Matrix shall be deemed adequate service and notice for: (a) matters involving the proposed sale, use or lease of property of the estate, see Fed. R. Bankr. P. 2002(a)(2); (b) matters involving approval of a settlement or compromise, see Fed. R. Bankr. P. 2002(a)(3); (c) requests for interim compensation or reimbursement of expenses, see Fed. R. Bankr. P. 2002(a)(6); and (d) notices of proposed abandonments, see Fed. R. Bankr. P. 6007.

4.   **A party in interest** who is represented by counsel and who is not presently included on the Special Matrix, and/or the attorney for such party, **may be added to the Special Matrix** by filing with the court, and serving upon counsel for the Trustee, an electronic notice of appearance or a request to be added to the Special Matrix. (Only attorneys who are authorized users of this court's CM/ECF system are eligible to receive electronic notifications.)

5.   **A party in interes**t who is not represented by counsel and is not presently included on the Special Matrix **may be added to the Special Matrix** by

filing a written request that all notices be provided to them by mail. Such request shall be filed with the court at the following address:

> United States Bankruptcy Court
> Clerk of the Court
> One Division Avenue, North, Room 200
> Grand Rapids, MI  49503

A copy of such request shall also be served on counsel for the Trustee:

> Harold E. Nelson, Esq.
> Attorney for the Chapter 7 Trustee
> Rhoades McKee PC
> 161 Ottawa Avenue, N.W., Suite 600
> Grand Rapids, MI  49503

      6.    The Trustee shall promptly prepare a list of parties to be included on the Special Matrix. Such list shall be filed with the court (in pdf format) and shall be used by the Clerk of Court to create the Special Matrix.

      IT IS FURTHER ORDERED that the Clerk of Court shall serve a copy of this order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon all parties in interest listed on the court's mailing matrix for this case.

**END OF ORDER**

**IT IS SO ORDERED.**

Dated August 7, 2014

James W. Boyd
United States Bankruptcy Judge