UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:  
LAMAR CONSTRUCTION COMPANY,  
    Debtor.  
_____/

Case No. 14-04719-jwb  
Chapter 7 Filed: 7/9/2014  
Hon. James W. Boyd

APPEARANCE AND REQUEST FOR NOTICE

TO: Clerk of the Court  
    All Counsel

William R. DeHoek hereby enters his Appearance as counsel for Innovative Iron, Inc., a creditor, and requests a copy of all pleadings and notices related to this case be provided to the undersigned electronically.

Certificate of Electronic Service

I certify that a copy of this notice was electronically served on all parties entitled to notice and listed on the Court's ECF filing system.

Dated: August 7, 2014    By: /s/ William R. DeHoek  
    William R. DeHoek (P32284)  
    6115 - 28th St., S.E., Suite 114  
    Grand Rapids, MI 49546-6944  
    616/954-2018  
    williamdehoek@yahoo.com