UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:                                                                    Case No: 14-04719
                                                                                    Chapter 7 – Filed 7/11/14
LAMAR CONSTRUCTION COMPANY,               Honorable James W. Boyd

    Debtor.
_____/

### ORDER GRANTING ERECTOR LLC RELIEF FROM STAY

    THIS MATTER having come before the Court pursuant to the Motion of Erector LLC to grant it relief from stay; the Motion having been filed with Notice and Opportunity to Object and having been served on all interested parties including, but not limited to, the Debtor, the attorney for the Debtor, the Trustee and the attorney for the Trustee; no party having filed an objection or any other response to the Motion for Relief From Stay; the Motion for Relief From Stay having demonstrated due cause as required by Section 362 of the Bankruptcy Code to grant relief from stay; and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that Erector LLC be and hereby is granted relief from stay with respect to the Lease for property described as Lot 16, Jamestown Commerce Center, Jamestown, Michigan together with the building located on there that contains approximately 45,000 square feet of space, so that Erector LLC may pursue its rights and remedies under Michigan law and its Lease with the Debtor, and the relief granted is not stayed under B.R. 4001(a)(3) or 6000(g) and is effective immediately.

**END OF ORDER**

Robert F. Wardrop II
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, NW, Suite 150
Grand Rapids, MI  49503
(616) 459-1225