Form OSTRKCM (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Lamar Construction Company**<br>4404 Central Parkway<br>Hudsonville, MI 49426<br>Tax ID: 38-1799611<br><br>**Debtor** | **Case Number 14-04719-jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

# NOTICE STRIKING CLAIM

In the above-noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005-2(c), the following proof of claim presented for filing is deemed defective:

Claim Number: 201

Name of Claimant: Dalco Industries, Inc.

Reason for Defect: Not signed by Creditor

The Claim is not properly signed or verified as required by BR9011. The claim must be refiled with the Court to correct the defect within fourteen (14) days of the date below. A Claim which is timely filed to correct the defect, shall be considered filed as the date that the claim was originally received by the Court.



Daniel M. LaVille
Clerk of Court

**Dated:** August 14, 2014