


August 12, 2014

United States Bankruptcy Court
Attn:  Clerk
Re:  Lamar Construction case BG 14-04719

We are not owed any money at this time by Lamar Construction or the individual owners who have declared bankruptcy.

It is not necessary to send us mailing / notices.

If you must continue to send them, you may e-mail them to me instead at calvh@protemp-hvacr.com


Thanks!

Cal VanHemert, President
Pro-Temp, Inc.

453 West 22nd Street • Holland, Michigan  49423
Phone (616) 392-3737 • Fax (616) 392-8956 • www.protemp-hvacr.com