UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

LAMAR CONSTRUCTION COMPANY,            Case No.:  14-04719
                                                                              Chapter 7 – Filed:  07/11/2014

    Debtor.

_____/ /

## LIMITED OBJECTION TO TRUSTEE'S NOTICE OF RIGHT TO DEMAND HEARING, ABANDONMENT OF PROPERTY AND ORDER DISALLOWING SECURED CLAIMS

**NOW COMES** Challenge Mfg. Company, Inc. ("Challenge"), by and through its attorneys, Rayman & Knight, and for its Limited Objection to Trustee's Notice of Right to Demand Hearing, Abandonment of Property and Order Disallowing Secured Claims ("Objection"), says as follows:

    1.    That it is a creditor with respect to the above-captioned Chapter 7 proceeding. It was a customer of the Debtor which paid money to the Debtor. Upon information, the Debtor failed to pay subcontractors and materialmen.

    2.    That it received the Trustee's Notice of Right to Demand Hearing, Abandonment of Property and Order Disallowing Secured Claims of certain of the business records of the Debtor.

    3.    That it is the understanding of the undersigned that the Trustee will be retaining the bank statements and cancelled checks of the Debtor but will not be retaining copies of the paid bills for the one year prior to the filing of the Petition. Challenge wishes to review and/or copy the relevant paid bills of the Debtor.

    4.    That to the extent that the Trustee intends on abandoning the above records, Challenge wishes the right to review and/or copy same.

    **WHEREFORE,** Challenge prays for relief consistent with this Objection.

                                                                                             **RAYMAN & KNIGHT**
                                                                                   Attorneys for Challenge Mfg. Company

Dated:  August 22, 2014                    By:      /s/_____
                                                                      Steven L. Rayman (P30882)

BUSINESS ADDRESS:
141 East Michigan Avenue, Suite 301
Kalamazoo, MI  49007
Telephone:  (269) 345-5156