UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

LAMAR CONSTRUCTION COMPANY,

Debtor.

Case No. 14-04719-jwb
Chapter 7

Honorable James W. Boyd

_____/

| Charles A. Lawler (P65164) | Robert D. Wolford |
|---|---|
| Brian P. Lick (P71577) | Miller Johnson |
| CLARK HILL PLC | 250 Monroe Ave., NW, Suite 800 |
| 212 East Grand River Avenue | P.O. Box 306 |
| Lansing, Michigan 48906 | Grand Rapids, Michigan 49501-0306 |
| (517) 318-3100 | (616) 831-1700 |
| Attorneys for Creditor, AB Lock and Safe, Inc. d/b/a Fisher Door & Hardware, Inc. | Attorney for Debtor, Lamar Construction Company |

_____/

## WITHDRAWAL OF APPEARANCE

NOW COMES Attorney, Brian P. Lick of Clark Hill PLC and hereby files his Withdrawal of Appearance on behalf of Creditor, AB Lock and Safe, Inc. d/b/a Fisher Door & Hardware, Inc., in the above-captioned case and requests to be removed from the Matrix.

Respectfully submitted,

Attorney for Creditor, AB Lock and Safe, Inc.
d/b/a Fisher Door & Hardware, Inc.

By: /s/ Brian P. Lick
    Brian P. Lick (P71577)
    Lansing, Michigan Office:
    212 East Grand River Avenue
    Lansing, Michigan 48906
    (517) 318-3100
    blick@clarkhill.com

Dated: August 29, 2014

201304658.1 33672/176639