# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

---

In Re:                                              Case No. 14-04719

    LAMAR CONSTRUCTION COMPANY,          Chapter 7

        Debtor.                             Case Filed: 7/11/2014
                                            Hon. James W. Boyd

---

## ORDER APPROVING EMPLOYMENT OF AUCTIONEER

    PRESENT:    HONORABLE JAMES W. BOYD
                           U.S. BANKRUPTCY JUDGE

The Application of Marcia R. Meioli, the Bankruptcy Trustee in the above-referenced bankruptcy case ("**Trustee**"), having come before this Court requesting leave to employ Repocast.com, Inc. as auctioneer for the Trustee to perform the services for the Trustee as set forth in the Application, and it appearing to the Court that Repocast.,com, Inc. holds no interest adverse to this estate, or its general creditors with respect to the matters upon which it is to be engaged, and it also appearing to the Court from the Application that the circumstances of this estate necessitate the appointment of Repocast.com, Inc. to serve as auctioneer for the Trustee, and the United States Trustee having filed with the Court a statement that it has no objection to said employment of Repocast.com, Inc.:

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Repocast.com, Inc. be and hereby is, appointed as auctioneer for the Trustee in this case to perform such services as are set forth in the Application.

u:\101\101791\004 - lamar\pldg\employment auctioneer\order granting appointment 8.18.14.doc\

## END OF ORDER

**IT IS SO ORDERED.**

**Dated September 4, 2014**



James W. Boyd
United States Bankruptcy Judge