Form JDG11 (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Lamar Construction Company**<br>4404 Central Parkway<br>Hudsonville, MI 49426<br>Tax ID: 38−1799611<br><br>**Debtor** | **Case Number 14−04719−jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

## NOTICE TO PARTIES IN INTEREST OF HEARING

   YOU ARE HEREBY NOTIFIED that a hearing will be held at the United States Bankruptcy Court, One Division Ave., N., 3rd Floor, Courtroom B, Grand Rapids, MI 49503 on **October 7, 2014** at **01:00 PM** to consider and act upon the following matter:

### Joint Motion for Approval of Procedure for Administration and Resolution of Account Receivable Disputes, Payment of Certain Supplier Related Claims and Delivery of Associated Lien Waivers and for Related Modification of the Automatic Stay (DN 242)

If you want the court to consider your views on this matter, attend the hearing on the date stated above.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)

You or your attorney may wish to file a written response to the motion explaining your position. Any response shall be mailed to the Clerk of the United States Bankruptcy Court, One Division Ave., N., Grand Rapids, Michigan 49503, and should be received by the Clerk at least 7 (seven) days before the above hearing date. A copy of your responses should also be mailed upon the opposing party and his/her attorney.

If you or your attorney do not take these steps, the court may decide to grant the relief sought in the motion and may enter an order granting relief requested.

                                                                        DANIEL M. LAVILLE
                                                                        CLERK OF BANKRUPTCY COURT

**Dated:** September 11, 2014                              /S/_____
                                                                        J. Koerth
                                                                        Deputy Clerk


A copy of this notice returned to Harold Nelson, Esq. on September 11, 2014 for service upon the mailing matrix.

NOTICE IS HEREBY GIVEN THAT THE COURT MAY, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the continued or adjourned hearing. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the clerk's office of the United States Bankruptcy Court located at One Division Ave., N., 2nd Floor, Grand Rapids MI 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676−6856 or via its web site at http://pacer.psc.uscourts.gov