**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

IN RE:

| | |
|---|---|
| LAMAR CONSTRUCTION COMPANY, | Case No: 14-04719-jwb |
| | Chapter 7 |
| Debtor. | Hon. James W. Boyd |
| _____ / | Filed: July 11, 2014 |

**NOTICE OF APPEARANCE ON BEHALF OF**
**UNITED FEDERAL CREDIT UNION**
**AND DEMAND FOR SERVICE OF PAPERS**

 PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance on behalf of United Federal Credit Union, in this Chapter 7 case. Pursuant to rules 2002 and 9007 of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above-captioned Chapter 7 case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

 PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notice of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise which affect the above-captioned Debtor or property of the estate.

| | |
|---|---|
| Dated: September 12, 2014 | VARNUM LLP |
| | Attorneys for |
| | United Federal Credit Union |
| | /s/ Michael S. McElwee |
| | Michael S. McElwee (P36088) |
| | BUSINESS ADDRESS AND TELEPHONE: |
| | P.O. Box 352 / 333 Bridge Street, N.W. |
| | Grand Rapids, MI 49501-0352 |
| | (616) 336-6000 |
| | E-mail: msmcelwee@varnumlaw.com |

8739925_1.DOC