UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                                              Case No. 14-04719-JWB

LAMAR CONSTRUCTION COMPANY,                              Chapter 7

       Debtor(s).                                                            Honorable James W. Boyd
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

| | | |
|---|---|---|
| TO: | Clerk of the Court<br>US Bankruptcy Court<br>One Division NW<br>PO Box 3310<br>Grand Rapids  MI  49503 | Robert D. Wolford<br>250 Monroe Ave NW, Suite 800<br>PO Box 306<br>Grand Rapids  MI  49501<br><br>Trustee Marcia R. Meoli<br>Hann, Persinger, PC<br>503 Century Lane<br>PO Box 1559<br>Holland  MI  49423 |

    PLEASE ENTER THE APPEARANCE of BILL SCHUETTE, Attorney General, and James Ziehmer, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                                                                       BILL SCHUETTE
                                                                                    Attorney General

                                                                                    */s/  James Ziehmer*
                                                                                   James Ziehmer   (P75377)
                                                                                  Assistant Attorney General
                                                                                  P.O. Box 30754
                                                                                  Lansing, MI  48909
                                                                                  Telephone:  (517) 373-3203
                                                                                  E-mail:  ziehmerj@michigan.gov

Dated:  September 22, 2014