**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**(GRAND RAPIDS)**

In re:

**LAMAR CONSTRUCTION COMPANY**

Case No. 14-04719-jwb
Chapter 7
Hon. James W. Boyd

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

To: United States Bankruptcy Court
  1 Division Ave N, Room 200
  Grand Rapids, Michigan 49503

Please take notice that the undersigned appears as co-counsel for FIFTH THIRD BANK, creditor and party-in-interest of LAMAR CONSTRUCTION COMPANY, the above-captioned Debtor (the "Debtor"). Request is hereby made, pursuant to Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the undersigned.

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telegraph, telex or otherwise, which may affect or seek to affect in any way any rights or interests of Fifth Third Bank with respect to the Debtor or any related entity, or property or proceeds thereof in which the Debtor may claim an interest.

{00984847.DOC}

This appearance and request for notice is without prejudice to Fifth Third Bank's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit it to the jurisdiction of the Court.   All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding herein.

/s/ David T. Lin
David T. Lin (P70764)
SEYBURN KAHN
2000 Town Center, Suite 1500
Southfield, MI 48075-1195
(248) 353-7620
(248) 353-3727 Facsimile
dlin@seyburn.com
*Co-counsel for Fifth Third Bank*

Dated:  October 21, 2014

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that a copy of the foregoing Notice of Appearance was served via this Court's electronic filing upon the persons and entities below on October 21, 2014:

Rachel L. Hillegonds, Attorney for Debtor
ecfhillegondsr@millerjohnson.com

Robert D. Wolford, Attorney for Debtor
ecfhillegondsr@millerjohnson.com

All persons and entities participating in the ECF system

/s/ David T. Lin.
David T. Lin (P70764))
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620
Fax: (248) 353-3727
dlin@seyburn.com

{00984847.DOC}